UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 26cr10087 |
| | ) |
| v. | ) Violation: |
| | ) |
| JOSE ANTONIO RAMOS, | ) |
| | ) Count One: Unlawful Reentry of |
| Defendant | ) Deported Alien |
| | ) (8 U.S.C. §§ 1326(a) and (b)(1)) |
| | ) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. §§ 1326(a) and (b)(1))

The Grand Jury charges:

On or about September 3, 2022, in the District of Massachusetts, the defendant,

JOSE ANTONIO RAMOS,

being an alien and having been excluded, removed, and deported from the United States on or about November 21, 2008, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL



FOREPERSON

JENNIFER ZACKS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 31 , 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Alexandra Traganos

_____

DEPUTY CLERK

2